Tracy L. Wright, ISB No. 8060
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208-954-5208
Email: twright@hawleytroxell.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AMERICAN RIVER NUTRITION, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KYÄNI, INC., an Idaho corporation,<br><br>　　　　Defendant. | Case No. 4:19-cv-00255-DCN<br><br>**STIPULATION TO ENTRY OF PROTECTIVE ORDER** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto, through their undersigned counsel, that the provisions of the Proposed Protective Order, a copy of which is attached hereto as **Exhibit A**, shall govern disclosure and use by the parties of all documents, testimony, exhibits, interrogatory answers, responses to requests to admit and any other materials and information disclosed or provided in the above-referenced action.

DATED THIS 1st day of June, 2020.

                                  ALLEN, DYER, DOPPELT + GILCHRIST, PA

                                  By   */s/ Robert H. Thornburg*
                                      **Robert H. Thornburg**
                                      Attorneys for American River Nutrition, LLC

DATED THIS 1st day of June, 2020.

                                  MAYER BROWN LLP

                                  By   */s/ Gary M. Hnath*
                                      **Gary M. Hnath**
                                      Attorneys for Kyani, Inc.

STIPULATION TO ENTRY OF PROTECTIVE ORDER - 2

                                                                       56775.0001.12897249.1

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 1st day of June, 2020, I electronically filed the foregoing STIPULATION TO ENTRY OF PROTECTIVE ORDER with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Jon A. Stenquist | jstenquist@parsonsbehle.com |
| PARSONS BEHLE & LATIMER | |
| 350 Memorial Drive, Suite 300 | |
| Idaho Falls, ID 83402 | |
| ***Attorney for Defendant Kyani, Inc.*** | |

          */s/ Tracy L. Wright*
          Tracy L. Wright

STIPULATION TO ENTRY OF PROTECTIVE ORDER - 3

56775.0001.12897249.1